IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| TRACEY GROSS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 1:21-cv-00022 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| KILOLO KIJAKAZI, | ) | MAGISTRATE JUDGE NEWBERN |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 24) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 20). The Magistrate Judge recommends the Court deny the Motion with respect to Gross's claim for disability insurance benefits (DIB) and affirm the Commissioner's denial of Gross's DIB claim. With regard to Gross's claim for supplemental security income (SSI), the Magistrate Judge recommends the Court vacate the Commissioner's denial of Gross's claim and remand the claim to the Social Security Administration for further administrative proceedings.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 24 at 19). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 20) is **DENIED IN PART AND GRANTED IN PART**. The Motion is **DENIED** with respect to Plaintiff's DIB claim, and the Commissioner's denial of the DIB claim is **AFFIRMED**. The Motion is **GRANTED** with respect to Plaintiff's SSI claim. The

Commissioner's denial of the SSI claim is **VACATED**, and the claim is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation of the Magistrate Judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE